Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | 12-9-2010 |
|---|---|---|---|
| CASE NUMBER | 09 C 4896 | DATE | DECEMBER 9, 2010 |
| CASE TITLE | EVAN LAW GROUP LLC, etc. v. JONATHAN TAYLOR, etc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file its Second Amended Complaint [94] is granted. Defendants' motion to dismiss [72] is granted in part and denied in part. Counts V and VI are dismissed in their entirety and Count XII is dismissed to the extent it is based on the Completed Master Lists. Within 14 days, defendants (except Chan) shall answer the remaining allegations of the Second Amended Complaint. Counsel shall promptly file appearances on behalf of defendants Jonathan Blanchard and Blanchard & Associates. All discovery is to be completed by January 31, 2011. A status hearing will be held before Judge Hart on January 6, 2011 at 11:00 a.m.

■ [ For further detail see attached Opinion and Order.]



Notices (3) mailed by Judicial staff.
Copy to Judge Keys

| | Courtroom Deputy | CW |
|---|---|---|

09C4896 EVAN LAW GROUP LLC, etc. v. JONATHAN TAYLOR, etc., et al.   Page 1 of 1